## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:08cr36 LAC

NATHANIEL KNIGHT

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   MAY 28, 2008

Motion/Pleadings:  MOTION FOR MENTAL EXAMINATION TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL, TO ENTER INTELLIGENTLY A GUILTY PLEA, AND TO DETERMINE MENTAL CONDITION AT THE TIME OF THE ALLEGED OFFENSE

Filed by DEFT    on 5/27/08    Doc.# 16

RESPONSES:

                                                   on          Doc.#
                                                   on          Doc.#

_____  Stipulated     _____  Joint Pldg.
X\_\_\_\_   Unopposed     _____  Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of May, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                           *s/L.A. Collier*

Entered On Docket: _____ By: \_\_     ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   ***Senior United States District Judge***
Copies sent to:_____

Document No.